**00–977.  Columbus Bar Assn. v. Bailey.**

Reported at 90 Ohio St.3d 1437, 736 N.E.2d 900. On motion for reconsideration. Motion denied.

**00–1207.  State v. Gibbs.**

Hamilton App. No. C–990726. Reported at 90 Ohio St.3d 1415, 735 N.E.2d 454. On motion for reconsideration. Motion denied.

**00–1226.  State ex rel. Hamilton v. Franklin Cty. Court of Common Pleas.**

Reported at 90 Ohio St.3d 1412, 735 N.E.2d 453. On motion for reconsideration. Motion denied.

**00–1240.  Wysowaty v. J.C. Penney Co.**

Lucas App. No. L–99–1288. Reported at 90 Ohio St.3d 1427, 736 N.E.2d 25. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**00–1269.  State v. King.**

Medina App. No. 2963–M. Reported at 90 Ohio St.3d 1428, 736 N.E.2d 25. On motion for reconsideration. Motion denied.

**00–1392.  Bair v. Brooks.**

In Habeas Corpus. Reported at 90 Ohio St.3d 1412, 735 N.E.2d 453. On motion for reconsideration. Motion denied.

**00–1399.  Bivens v. State Personnel Bd. of Review.**

In Mandamus. Reported at 90 Ohio St.3d 1426, 736 N.E.2d 24. On motion for reconsideration and on motion for settlement conference. Motions denied.

**00–1810.  Federated Mgt. Co. v. Latham & Watkins.**

Franklin App. No. 99AP–1322. Reported at 90 Ohio St.3d 1438, 736 N.E.2d 901. On amended motion for reconsideration. Motion denied.

DOUGLAS, COOK and LUNDBERG STRATTON, JJ., dissent.

On motion for admission *pro hac vice* by Mark K. Merkle, Jr. for Alan R. Glickman. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.